FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER SA16-85M-2 |
|---|---|
| v. Cornell Leroy Stephen DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of <u>defense counsel</u>, IT IS ORDERED that a detention hearing is set for <u>March 4, 2016</u>, 201**6**, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick, United States Magistrate Judge</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 3/3/2016

~~DOUGLAS F. McCORMICK~~
~~U.S. District Judge~~/Magistrate Judge